UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated, | ECF CASE |
| Plaintiff, | No.: 1:19-cv-2563 (GHW) |
| v. | |
| JO MALONE INC., | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  June 17, 2019
        New York, New York

s/ Douglas B. Lipsky
Douglas B. Lipsky
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
doug@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff*
